**'08 CIV 4340**

L5_7.1_Statement Doc

Carl E. Person
Attorney for Plaintiff
325 W. 45th Street – Suite 201
New York NY 10036-3803
Telephone: (212) 307-4444
Facsimile: (212) 307-0247
carlpers@ix.netcom.com



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:     ECF CASE
**K. B. & R. TRADING CORP.**,                :
:     Index No.
              **Plaintiff**,       :
:
    v.                                                         :     Rule 7.1 Statement
:
**JUNIPER TREE INC.; and SUH YOUNG**,      :
individually and in any corporate or partnership capacity,   :
:
              **Defendants**.       :
:
-----------------------------------------------------------------x

      Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiff, K. B. & R. Trading Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **NONE**.

**Dated:**   New York, New York
            May 8, 2008

                                             _/s/ Carl E. Person_
                                          Carl E. Person  (CP 7637)
                                          Attorney for Plaintiff, K. B. & R. Trading, Inc.
                                          325 W. 45th Street - Suite 201
                                          New York, New York 10036-3803
                                          (212) 307-4444

1