> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/5/08

L5_voluntary_dismissal_R41a1A.Doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
K. B. & R. TRADING CORP.,

          Plaintiff,

    v.

JUNIPER TREE INC.; and SUH YOUNG,
individually and in any corporate or partnership capacity,

          Defendants.
------------------------------------------------------------x

ECF CASE

08 Civ. 4340 (RJH)

VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)

Plaintiff, **K. B. & R. TRADING CORP.** hereby dismisses this action under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, without prejudice.

Neither of the Defendants has been served with a summons or complaint.

Dated:   New York, New York
          May 15, 2008

Respectfully submitted,

_/s/ Carl E. Person_

Carl E. Person   (CP 7637)
Attorney for the Plaintiff,
   K. B. & R. Trading Corp.
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444

SO ORDERED:

_/s/ R.J. Holwell_
U.S.D.J.
6/03/08

Clerk of the Court - please, close this case.



RECEIVED MAY 15 2008 — CHAMBERS OF RICHARD J. HOLWELL